IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23CR3101 |
| vs. | |
| ALEXANDRA CHRISTINE GOERING, | ORDER ON MOTION TO DISMISS |
| Defendant. | |

    This matter is before the Court on the Government's Motion to Dismiss (Filing No. 96) requesting to dismiss, without prejudice, the Indictment as to Defendant Alexandra Christine Goering. Pursuant to Federal Rule of Criminal Procedure 48(a), the Court grants the Government's Motion and dismisses the Indictment without prejudice.

    **IT IS SO ORDERED.**

    Dated this 30th day of July, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge